# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:19-cv-00668

LILLEBABY, LLC,

        Plaintiff,

    v.                *DEMAND FOR JURY TRIAL*

BYKAY BV,

        Defendant.

---

## NOTICE OF RELATED CASES

---

Pursuant to D.C.Colo.LCivR 3.2, Plaintiff, by and through counsel, hereby submit this Notice of Related Cases identifying all cases pending in this or any other federal, state, or foreign jurisdiction that have "common facts and claims" and "have at least one party in common" or "are filed serially or collectively as a group by the same attorney or law firm."

On April 5, 2019, the International Trade Commission issued a Notice of Institution of Investigation of *Certain Child Carriers and Components Thereof*, Inv. No. 337-TA-1154, filed by Plaintiff LILLEBaby, LLC.

|  | U.S. Dist. Court for the Dist. of Colorado Action | International Trade Commission Investigation |
| --- | --- | --- |
| LILLEbaby v. Boba Inc. d/b/a Beco Baby Carrier | 1:19-cv-00657 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Mountain Buggy a/k/a Phil & Teds USA Inc. | 1:19-cv-00662 | Inv. No. 337-TA-1154 |
| LILLEbaby v. MiniMonkey BV | 1:19-cv-00663 | Inv. No. 337-TA-1154 |
| LILLEbaby v. L'Echarpe Porte Bonheur, Inc. d/b/a Chimparoo | 1:19-cv-00664 | Inv. No. 337-TA-1154 |
| LILLEbaby v. ByKay BV | 1:19-cv-00668 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Isara, Deneris Trade SRL | 1:19-cv-00670 | Inv. No. 337-TA-1154 |
| LILLEbaby v. JonoBaby BabyTragen | 1:19-cv-00671 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Kokadi GmbH & Co. KG | 1:19-cv-00672 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Lenny Lamb Sp. Z.o.o. Sp.K. | 1:19-cv-00673 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Soul US Inc. | 1:19-cv-00675 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Tingtao Sunveno Co., Ltd. | 1:19-cv-00676 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Wuxi Kangarouse Trading Co. Ltd. Enterprises d/b/a Kangarouse; Nantong Shi Keen Home Textile; Jing Jiang Dimarco Packaging & Gifts Co. Ltd. and Jiangsu Matrix Textile Co., Ltd. | 1:19-cv-00677 | Inv. No. 337-TA-1154 |
| LILLEbaby v. Quanzhou Mingrui Bags Co. Ltd. | 1:19-cv-00678 | Inv. No. 337-TA-1154 |

Respectfully Submitted,

April 21, 2019

By:   /s/ *Christopher L. Limpus*

Christopher L. Limpus
**LIMPUS & LIMPUS**
7723 Arlington Drive
Boulder, Colorado 80303
Telephone: (303) 731-9540
Chris@limpuslaw.com

*Attorneys for Plaintiff LILLEbaby, LLC*